**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Pedro INIGUEZ, aka Seal C,
Defendant—Appellant.**

**No. 01–50443.
D.C. No. CR–98–00166–GLT–3.**

United States Court of Appeals,
Ninth Circuit.

Submitted June 16, 2003.\*

Decided June 23, 2003.

---

The California Supreme Court denied review summarily.

\* This panel unanimously finds this case suitable for decision without oral argument. *See*

Before RYMER, THOMAS and SILVERMAN, Circuit Judges.

## MEMORANDUM **

Pedro Iniguez appeals his guilty-plea conviction and 135–month sentence for conspiracy to distribute, and to possess with intent to distribute, methamphetamine, heroin and cocaine, in violation of 21 U.S.C. § 846. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Iniguez's counsel has filed a brief stating that she finds no meritorious issues for review, along with a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

Our examination of the brief and our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no arguable issues for review on direct appeal.

Accordingly, counsel's motion to withdraw is GRANTED and, in light of the valid appeal waiver, the appeal is DISMISSED.

Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.